# UNITED STATES DISTRICT COURT
## District of Minnesota

Michael Busch and Dawn Busch,
        Plaintiff,

V.

Corey Welchlin, D.O. and
Fairmont Orthopedics and
Sports Medicine, P.A., d/b/a
Center for Specialty Care,

        Defendant,

**JUDGMENT IN A CIVIL CASE**

Case Number:   12-cv-243 DWF/JSM

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Defendant Fairmont Orthopedics and Sports Medicine, P.A., d/b/a Center for Specialty Care is **DISMISSED WITH PREJUDICE**, in the above-entitled matter, without costs or disbursements to any party.

| August 14, 2013 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/ Katie Thompson |
| (By) | Katie Thompson   Deputy Clerk |